1  Jesse Aron Ross #1095756
2  HDSP P.O. Box 650
3  Indian Springs N.V. 89070
4
5          UNITED STATES DISTRICT COURT
6              DISTRICT OF NEVADA
7
8  Jesse Aron Ross,           | CASE NO:
9          Plaintiff,         | 2:18-CV-01992-JAD-CWH
10  -V-                       |
11 E.A. Thompson et al.,      | *Notice of settlement;
12         Defendants.        | Motion to dismiss case with prejudice.
13
14
15  Comes now above named plaintiff, Appearing
16  Pro-se; to give the court Notice of private
17  settlement; and to move this action be dismissed
18  with prejudice. This motion is based upon the
19  papers and pleadings on file; The Attached
20  Memorandum of points & Authorities, as
21  well as any oral argument permitted @ the
22  hearing of this matter.
23
24
25
26  Certificate of service Attached.
27
28

                        1

1 MEMORANDUM OF POINTS & AUTHORITIES
2 I. Relevant Procedural History.
3 [A]. On 10-31-18 Plaintiff Filed A Amended
4 Civil Complaint.
5 [B]. On 2-14-19 Plaintiff Filed A Motion for preliminary
6 Injunction.
7
8 II. Legal Argument
9 To date, the Civil complaint has Not been screened,
10 Nor have any motions be heard or decided.
11
12 Plaintiff has spoken to Jared M. Frost, (A senior
13 Deputy Attorney General) and Associate Warden
14 Jeremy Bean, regarding this Action (and Ross-v-
15 Sandoval etal., USDC;NV; 2:17-cv-02386-APG-GWF).
16 Plaintiff has agreed to A private settlement; to include
17 Both cases as a Global Settlement. This agreement will
18 memorialized in writing & filed in Ross-v-sandoval - Plaintiff
19 III. Conclusion.
20 Plaintiff, thereby Request's this court dismiss this
21 Case with prejudice. Plaintiff understands that he is
22 Waiving his right to Action for the torts outlined in
23 The Amended civil complaint.
24
25 3-7-19                   Jesse A. Ross
26                          #1095756
27                          Pro-se-Plaintiff
28

2

## PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Jesse A. Ross, declare:

I am over 18 years of age and a party to this action. I am a resident of High Desert State Prison, in the county of Clark County, Nevada,

My prison address is: P.O. Box 650 Indian Springs, NV 89070

On 03-08-19 3-11-19 (DATE),

I served the attached: "Notice of settlement, Motion to dismiss case with prejudice (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

Jared M. Frost S/D.A.G. 555 E. Washington Ave #3900 Las Vegas NV 89101

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on 3-8-19 3-11-19 (DATE)     Jesse Ross (DECLARANT'S SIGNATURE)

K:\COMMON\CSA\FORMS\P_PRFSVC.WPD August 21, 2000 (2:11pm)

Jesse A. Ross #1095756
Hosp. P.O. Box 650
Indian Springs NV 89070

Ross-v-Sando Thompson et al.
USDC-NO.
2:18-CV-01992-JAD-CWH

Hasler 72 & 70
03/14/2019
US POSTAGE $000.45⁹
ZIP
011E1265051

3762

Clerk
USDC - D. Nevada
Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd S.O. - Rm 1334
Las Vegas NV. 89101